**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02175-WJM-KMT

UNITED STATES OF AMERICA *ex rel.* DAVID BARBETTA,

    Plaintiffs,

v.                                    **RESTRICTED DOCUMENT
RESTRICTED CASE**

DAVITA, INC., and
TOTAL RENAL CARE, INC.,

    Defendants.

_____

**THE UNITED STATES' LEVEL TWO RESTRICTED NOTICE OF ELECTION TO
INTERVENE FOR PURPOSES OF SETTLEMENT**

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in this *qui tam* action on all allegations set forth in Relator's First Amended Complaint filed December 23, 2011. The United States is filing its Complaint in Intervention simultaneously with this notice.

    DATED this 22nd day of October, 2014.

                                    Respectfully submitted,

                                    JOHN F. WALSH
                                    United States Attorney
                                    District of Colorado

                                    s/ Edwin G. Winstead
                                    Edwin G. Winstead
                                    J. Chris Larson
                                    Assistant United States Attorneys
                                    1225 Seventeenth Street, Suite 700
                                    Denver, Colorado 80202
                                    Telephone:  (303) 454-0102
                                    Facsimile: (303) 454-0404
                                    E-mail:  Edwin.Winstead@usdoj.gov

JONATHAN F. OLIN
Deputy Assistant Attorney General


s/ John K. Henebery
Michael D. Granston
Daniel R. Anderson
John K. Henebery
Civil Division
Commercial Litigation Branch
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 2004