IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 09-cv-02175-WJM-KMT

UNITED STATES OF AMERICA, *ex rel.* DAVID BARBETTA,

    Plaintiff,

v.

DAVITA, INC., and
TOTAL RENAL CARE, INC.,

    Defendants.
_____

**ORDER GRANTING UNITED STATES' MOTION TO UNRESTRICT CASE AND MAINTAIN LEVEL 2 RESTRICTION ON CERTAIN PLEADINGS**
_____

This matter is before the Court on the United States' Motion to Unrestrict Case and Maintain Level 2 Restriction on Certain Pleadings (ECF No. 69).  The Court having reviewed the Motion and finding good cause hereby ORDERS as follows:

The United States' Motion (ECF No. 69) is GRANTED.  The Clerk of the Court is DIRECTED to unrestrict this case.  The Complaint (ECF No. 1), First Amended Complaint (ECF No. 35), the United States' Notice fo Election to Intervene (ECF No. 67), the Untied States' Complaint in Intervention (ECF No. 68), this Motion (ECF No. 69) and any filings not specifically listed below shall be unrestricted.

It is FURTHER ORDERED that the United States' motions for extension of the seal and accompanying orders, and filings from interested states (ECF Nos. 3-12, 17-

21, 25, 26, 33, 34, 36-38, 40-66) shall remain RESTRICTED with a RESTRICTION LEVEL 2.

Dated this 22nd day of October, 2014.

BY THE COURT:

William J. Martinez
United States District Judge