IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 09-cv-02175-WJM-KMT

UNITED STATES OF AMERICA, *ex rel.*
DAVID BARBETTA,

    Plaintiff,

v.

DAVITA, INC., and
TOTAL RENAL CARE, INC.,

    Defendants.

_____

**ORDER APPROVING DISMISSAL CLAIM FOR ATTORNEYS' FEES AND EXPENSES RELATED TO FEDERAL CLAIMS**
_____

On November 3, 2014, the Court entered an order acknowledging the dismissal of all of the substantive federal claims in this case, but retaining jurisdiction over a number of issues, including Relator's claim for attorneys' fees, costs, and expenses pursuant to 31 U.S.C. § 3730(d).  (ECF No. 74.)  On December 3, 2014, Relator and Defendants filed a Stipulation stating that Relator's claim to attorneys' fees, costs, and expenses had been resolved by settlement, and asking the Court to dismiss this claim. (ECF No. 76.)

In accordance with the parties' settlement, the Court ORDERS that Relator's claim to attorneys' fees, expenses, and costs under 31 U.S.C. § 3730(d) related to the federal claims brought in this case is DISMISSED WITH PREJUDICE.

Dated this 4th day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge