**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 09-cv-2175-WJM-KMT

UNITED STATES OF AMERICA, and the States of
CALIFORNIA,
COLORADO,
CONNECTICUT,
FLORIDA,
GEORGIA,
ILLINOIS,
INDIANA,
IOWA,
LOUISIANA,
MARYLAND,
MICHIGAN,
NEVADA,
NEW YORK,
NORTH CAROLINA,
OKLAHOMA,
TENNESSEE,
TEXAS,
VIRGINIA,
WISCONSIN, and
DAVID BARBETTA, *ex rel*.

    Plaintiffs,
v.

DAVITA, INC., and
TOTAL RENAL CARE, INC.,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS CERTAIN CLAIMS**

---

This matter comes before the Court on the unopposed named Plaintiff states of

Connecticut, Georgia, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Nevada,

new York, North Carolina, Oklahoma, Tennessee, Texas, Virginia, and Wisconsin

("Non-Settling Plaintiff States") Motion to Dismiss, filed January 13, 2015 (ECF No. 78). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Non-Settling Plaintiff States' Motion to Dismiss is GRANTED.  The Non-Settling Plaintiff States are hereby DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 15th day of January, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge